IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

B. S., mother of K. S. and K. M.,
minor children,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

CASE NO. 1D16-3433

v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

Appellee.

_____/

Opinion filed December 16, 2016.

An appeal from the Circuit Court for Leon County.
Karen A. Gievers, Judge.

Jeffrey E. Lewis, General Counsel, Susan Barber, Crystal McBee Frusciante and Jennie Shepard, Assistant Regional Conflict Counsels, Office of Criminal Conflict and Civil Regional Counsel, Region One, Tallahassee, for Appellant.

Dwight O. Slater, Department of Children and Families, Tallahassee; Kelley Schaeffer, Guardian ad Litem Program, Sanford, for Appellee.


PER CURIAM.

AFFIRMED.

ROBERTS, C.J., WOLF and B.L. THOMAS, JJ., CONCUR.